[No. 20324-7-III.   Division Three.   December 5, 2002.]

*In the Matter of the Marriage of* CHERYL A. STRANG-PHILLIPS, *Respondent*, and LARRY L. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-3-00238-3, Linda G. Tompkins, J., entered July 3, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J.; Kurtz, J., dissenting.

[No. 20746-3-III.   Division Three.   December 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ANTHONY BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-01395-1, James P. Hutton, J., entered November 28, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 24680-5-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAP (NMI) KRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03838-5, Nile E. Aubrey, J., entered April 28, 1999. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 25180-9-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. SHARON K. FREIGANG, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01067-0, William J. Kamps, J., entered October 12, 1999. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton, J.; Morgan, J. concurs separately. Now published at 115 Wn. App. 496.